THE PORTO RICAN LEAF TOBACCO CO. RECURRENTE, *v.* EL
REGISTRADOR DE CAGUAS, RECURRIDO.

Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas inscribiendo con defecto subsanable una escritura de constitución de hipoteca.

No. 266.—Resuelto en junio 24, 1916.

CORPORACIONES EXTRANJERAS — COMPRA DE BIENES INMUEBLES — NEGOCIOS EN PUERTO RICO.—El adquirir y poseer bienes inmuebles una corporación extranjera no registrada en Puerto Rico no constituye emprender negocios dentro de

la ley de 9 de marzo de 1911. Véase *La Isabella Grove, Inc.* v. *El Registrador de San Juan* (pág. 257).

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Andrés Mena.*

El registrador recurrido Sr. Emigdio S. Ginorio compareció en nombre propio.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

La única diferencia que hay entre el principio envuelto en este caso y el de *La Isabella Grove* v. *El Registrador de San Juan,* (pág. 257) que acaba de fallarse, es que en aquel caso el registrador procediendo más correctamente inscribió la escritura con un defecto subsanable. Este proceder da más fuerza al hecho de que las cuestiones de esta clase no se presentan al registro. En este caso el registrador probablemente estaba satisfecho independientemente del título presentado de que la corporación había cumplido con la ley, pero en el anterior el registrador no tenía conocimiento personal de un manera o de otra. La verdadera información según los autos en uno u otro caso era la misma. La nota del registrador en este caso expresa que no consta que la compañía era una corporación doméstica, o autorizada para emprender negocios en Puerto Rico. Como la escritura ofrecida era la adquisición de una finca, el registrador debió haberla inscrito sin necesidad de tener que hacer una investigación para ver si la corporación había cumplido o no con las leyes referentes a las corporaciones extranjeras a cuya clase pertenecía la recurrente, como aparece de la escritura. Por estas razones y las que más extensamente han sido consignadas en el caso de *La Isabella Grove, Inc.,* v. *El Registrador de San Juan, supra,* debe ser revocada la nota.

*Revocada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.